

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ZACHARY LEBO, | |
| Plaintiff, | |
| vs. | Case No: 17-CV-154-F |
| NAVIENT SOLUTIONS, LLC, | |
| Defendant. | |

### ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice. (Doc. 20). The Court has reviewed the stipulation and is fully informed in the premises.

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay their costs and attorneys' fees.

Dated this  18th  day of May, 2018.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE